

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 366TH JUDICIAL DISTRICT COURT OF COLLIN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 9th day of July, 2015, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| NASROLLAH JAFARZADEH AND IDA ENGINEERING, INC., Appellants | On Appeal from the 366th Judicial District Court, Collin County, Texas. Trial Court Cause No. 366-53521-2012. |
| No. 05-14-01404-CV     V. | Opinion delivered by Justice Evans. Justices Fillmore and Myers, participating. |
| MONIREH MAJD RAVANBAKSHS, Appellee | |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MONIREH MAJD RAVANBAKSHS recover her costs of this appeal from appellants NASROLLAH JAFARZADEH AND IDA ENGINEERING, INC..

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 18th day of September, 2015.



_____
LISA MATZ, Clerk